[No. 3755.   Decided December 16, 1901.]

FANNY F. HEWITT *et al., Appellants,* v. CHARLES T. LANS-
DALE *et al, Respondents.*

APPEAL — STAY BOND — SUFFICIENCY.

   An appeal bond which is conditioned that appellants "shall pay
all costs and damages that may be awarded against them on such
appeal or dismissal thereof, not exceeding the sum of $200; and
shall perform and satisfy any judgment which said court may
make or order to be made or rendered by the superior court in
case said judgment is affirmed," is clearly conditioned both as an
appeal and a stay bond, and is insufficient when the penalty is
not in a sum double the amount of the judgment, and $200 ad-
ditional.

   Appeal from Superior Court, Thurston County.—Hon.
HENRY S. ELLIOTT, Judge.   Appeal dismissed.

   *J. W. Robinson (Phil Skillman,* of counsel), for appel-
lants.

   *John R. Mitchell* and *Milo A. Root,* for respondents.

   PER CURIAM.—A motion to dismiss the appeal was taken
with the record.   The objection by respondents is that the
appeal bond is defective.   The judgment of the superior
court was against the appellants, and for dismissal of the
action, with costs taxed in the sum of $53.   The appeal
bond is in the sum of $200, and is conditioned that appel-
lants "shall pay all costs and damages that may be awarded
against them on such appeal or dismissal thereof, not ex-
ceeding the sum of $200."   But the bond here goes further
and contains the following conditions:   "And shall per-
form and satisfy any judgment which said court may make
or order to be made or rendered by the superior court in
case said judgment is affirmed."   Evidently there are con-

ditions for both an appeal and stay bond, and under the uniform construction of such bonds by this court it is insufficient to maintain the appeal.

Dismissed.